| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>O'Toole, George A | 2. Court or Organization<br><br>U.S.District Court | 3. Date of Report<br><br>5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>1 Courthouse Way, Room 4-710<br>Boston, Mass. 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Trustee | Trust # 1 |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 20 12 11 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Raytheon Company (employment) |
| 2. | 2003 | Enterprise Bank, Lowell, MA (director's fees) |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | Transportation, lodging and meal; Annual Dinner in Honor of Federal Judiciary, March 28-29, 2003, New York, New York |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | / | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Alcoa, Inc. | A | Dividend | J | T | Buy | 7/24 | J | | |
| 2.  American International Group common | A | Dividend | K | T | | | | | |
| 3.  Same | A | Dividend | J | T | | | | | |
| 4.  Same | A | Dividend | J | T | | | | | |
| 5.  Avery Dennison common | A | Dividend | J | T | Buy | 11/28 | J | | |
| 6.  Bristol Myers Squibb Co. commmon | A | Dividend | J | T | | | | | |
| 7.  Cardinal Health Inc.common | A | Dividend | J | T | | | | | |
| 8.  Same | A | Dividend | J | T | | | | | |
| 9.  Cintas Corp. common | A | Dividend | J | T | | | | | |
| 10.  Cisco Systems, Inc. common | | None | J | T | | | | | |
| 11.  Same | | None | J | T | | | | | |
| 12.  Same | | None | J | T | | | | | |
| 13.  Same | | None | J | T | | | | | |
| 14.  Same | | None | J | T | | | | | |
| 15.  Citigroup, Inc. common | A | Dividend | J | T | | | | | |
| 16.  Same | A | Dividend | J | T | | | | | |
| 17.  Constellation Brands Cl A | | None | J | T | | | | | |
| 18. | | None | J | T | Buy | 7/24 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000.000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CVS Corp. common | A | Dividend | J | T | | | | | |
| 20. Same | A | Dividend | J | T | | | | | |
| 21. Same | A | Dividend | J | T | | | | | |
| 22. Duke Energy common | A | Dividend | | | Sell | 2/25 | J | | (loss) |
| 23. Enterprise Bank & Trust Co. common | | None | L | T | | | | | |
| 24. Same | | None | K | T | Fee | var | J | | |
| 25. Equitable Resources, Inc. common | | None | J | T | Buy | 11/28 | J | | |
| 26. Equity Residential SBI | | None | J | T | Buy | 7/24 | J | | |
| 27. Same | | None | J | T | Buy | 7/24 | J | | |
| 28. Same | | None | J | T | | | | | |
| 29. Exxon Mobil common | A | Dividend | J | T | Buy | 7/24 | J | | |
| 30. Fleet Bank accounts (aggregated) (Boston, MA) | A | Interest | K | T | | | | | |
| 31. FleetBoston Financial common | C | Dividend | L | T | Sell | 7/24 | K | E | |
| 32. Fortune Brands | | None | J | T | Buy | 11/28 | J | | |
| 33. General Electric Co. common | A | Dividend | J | T | Buy | 11/28 | J | | |
| 34. Home Depot, Inc. common | A | Dividend | J | T | | | | | |
| 35. IBM common | A | Dividend | J | T | | | | | |
| 36. Same | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Toole, George A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Same | A | Dividend | J | T | | | | | |
| 38. Intel Corp. common | | None | | | Sell | 6/20 | J | | (loss) |
| 39. iShares Nasdaq Biotech Fund | | None | J | T | Buy | 11/28 | J | | |
| 40. iShares Russell 2000 Value Index Fund | A | Dividend | K | T | Buy | 11/28 | K | | |
| 41. John Hancock Financial Services common | A | Dividend | K | T | | | | | |
| 42. Johnson & Johnson common | A | Dividend | K | T | | | | | |
| 43. Same | A | Dividend | J | T | | | | | |
| 44. Same | A | Dividend | J | T | | | | | |
| 45. Same | A | Dividend | J | T | | | | | |
| 46. Same | A | Dividend | J | T | | | | | |
| 47. MA St. Wtr Pltn Abtmt Tr Pool 4.5% due 8/1/04 | B | Interest | K | T | | | | | |
| 48. MA St Const Ln Series B 5.0% due 6/1/07 | B | Interest | K | T | | | | | |
| 49. MA St. Health & Educ. 4.2%, due 10/01/2009 | B | Interest | K | T | | | | | |
| 50. Ma St. Wtr Poll Abatement 4.2% due 8/01/2010 | B | Interest | K | T | | | | | |
| 51. MA. St. Wtr Poll Abatement 3.0% due 8/1/2010 | | None | K | T | Buy | 10/15 | K | | |
| 52. MA Rt 3 North Trans Impt 4/5% due 6/15/06 | B | Interest | K | T | | | | | |
| 53. Medtronic Inc. common | | None | J | T | Buy | 11/28 | J | | |
| 54. Merck & Co. common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Same | A | Dividend | J | T | | | | | |
| 56. Same | A | Dividend | | | Sell | 11/28 | J | | (loss) |
| 57. Nokia Corp. common | A | Dividend | | | Sell | 7/24 | J | | (loss) |
| 58. Same | A | Dividend | J | T | Buy | 11/28 | J | | |
| 59. Pepsico common | | None | J | T | | | | | |
| 60. Pfizer, Inc. common | A | Dividend | J | T | | | | | |
| 61. Same | A | Dividend | J | T | | | | | |
| 62. Procter & Gamble Co. common | A | Dividend | K | T | | | | | |
| 63. Same | A | Dividend | J | T | | | | | |
| 64. ProLogis SBI | A | Dividend | J | T | Buy | 7/24 | J | | |
| 65. Same | A | Dividend | J | T | | | | | |
| 66. Regency Centers Corp. common | A | Dividend | J | T | Buy | 7/24 | J | | |
| 67. Royal Dutch Petroleum Co. NY reg shrs | A | Dividend | J | T | | | | | |
| 68. Scudder Tax Exempt Cash Inst Shares | A | Interest | K | T | | | | | |
| 69. Scudder Money Mkt Inst'l Shares | A | Interest | K | T | | | | | |
| 70. Same | A | Interest | K | T | | | | | |
| 71. Same | A | Interest | K | T | | | | | |
| 72. Same | A | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15.000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100.001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5.000,001-$25,000,000
P3 = $25,000,001-$50,000.000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Simon Property Group common | A | Dividend | J | T | Buy | 7/24 | J | | |
| 74. Same | A | Dividend | J | T | | | | | |
| 75. Same | A | Dividend | J | T | | | | | |
| 76. State Street Corp. common | A | Dividend | J | T | | | | | |
| 77. State St. Bank & Trust Federated US Govt. Oblg #5 | A | Interest | K | T | | | | | |
| 78. Town of Carlisle MA Bond 5.00% due 6/15/08 | B | Interest | K | T | | | | | |
| 79. Veritas Software, Inc. common | | None | | | Sell | 7/24 | J | | (loss) |
| 80. Same | | None | J | T | | | | | |
| 81. Same | | None | J | T | | | | | |
| 82. Verizon Communications common | A | Dividend | J | T | | | | | |
| 83. Same | A | Dividend | | | Sell | 11/28 | J | | (loss) |
| 84. Vodafone Group PLC common | A | Dividend | J | T | | | | | |
| 85. Same | A | Dividend | J | T | Buy | 11/28 | J | | |
| 86. Wells Fargo & Co. common | A | Dividend | K | T | | | | | |
| 87. Same | A | Dividend | J | T | | | | | |
| 88. Same | A | Dividend | J | T | | | | | |
| 89. Zimmer Holdings, Inc. common | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100.001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _____ May 17, 2004 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544